UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. JOSEPH MERCY ANN ARBOR,

    Plaintiff,

vs.

Case No. 05-CV-70602

HON. GEORGE CARAM STEEH

STEPHEN MERCER,

    Defendant/Third Party Plaintiff,

vs.

MICHIGAN UFCW UNIONS AND EMPLOYERS HEALTH AND WELFARE FUND,

    Third Party Defendants
_____/

ORDER OF DISMISSAL

In accordance with the stipulation of dismissal with prejudice signed by the parties and entered by the Court on this date,

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on November 21, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk